UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS WATKINS,

                              Petitioner,

              -against-

WARDEN MARK J. CRANSTON,

                              Respondent.

26-CV-2301 (LTS)

TRANSFER ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Petitioner is currently detained at Middlesex County Adult Correction Center in New Brunswick, New Jersey, because of his pending criminal charges in Middlesex County Superior Court. He brings this *pro se* petition for a writ of *habeas corpus* under 28 U.S.C. § 2241, challenging his detention. For the following reasons, the petition is transferred to the United States District Court for the District of New Jersey.

In order to entertain a *habeas corpus* petition under 28 U.S.C. § 2241, a court must have jurisdiction over the custodian. *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 494-95 (1973) (writ of *habeas corpus* does not act upon the prisoner who seek relief, but upon his or her custodian). Thus, the jurisdiction of a *habeas* petition challenging a petitioner's physical confinement generally lies in the district of his confinement. *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004). Petitioner is currently detained in New Brunswick, New Jersey, which is located in the judicial district of the United States District Court for the District of New Jersey. 28 U.S.C. § 110.  Jurisdiction of this matter therefore lies in the District of New Jersey.

**CONCLUSION**

In the interest of justice, the Clerk of Court is directed to transfer this petition to the United States District Court for the District of New Jersey. *See* 28 U.S.C. § 1406(a). Whether Petitioner should be permitted to proceed further without payment of fees is a determination to

be made by the transferee court. This order closes the action in the Southern District of New York.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    March 25, 2026
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2